# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br>Master Docket Case No. 1:14-cv-01748<br>Honorable Matthew F. Kennelly |
| Shirley Cruickshank as Personal Representative of the Estate of Emerson Cruickshank and Shirley Cruickshank Individually,<br><br>Plaintiff(s),<br>v.<br>AbbVie Inc., Abbott Laboratories,AbbVie Products LLC f/k/a Solvay Pharmaceuticals, Inc., Unimed Pharmaceuticals, LLC f/k/a Unimed Pharmaceuticals, Solvay, S.A., Besins Healthcare Inc.f/k/a Besins-Iscovesco U.S., Inc., Besins Healthcare, S/A/ f/k/a Laboratories Besins-Iscovesco, S.A., Eli Lilly and Company, Lilly USA, LLC, Acrux Limited, Acruz DDS Pty Ltd., Endo Pharmaceuticals, Inc., Auxiulium Pharmaceuticals, Inc, GlaxoSmith Kline LLS, Pfizer, Inc., Endo, Pharmacia & Upjohn Company Inc., Actavis plc, Actavis, Inc., Actacis Pharma, Inc., Actavis Laboratories UT, Inc., Watson Laboratories, Inc., Anda, Inc.,<br><br>Defendant(s).<br>*All parties are to be included per Fed.R.Civ.P. 10(a)* | Case No.: |

## MASTER SHORT-FORM COMPLAINT
## FOR INDIVIDUAL CLAIMS

1. Plaintiff(s), Shirley Cruickshank as Personal Representative of the Estate of Emerson Cruickshank and Shirley Cruickshank Individually, state(s) and incorporate(s) by reference the portions indicated below of Plaintiffs' Master Long Form Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Illinois in the matter entitled *In Re: Testosterone Replacement Therapy Products Liability Litigation*, MDL No. 2545. Plaintiff(s) [is/are] filing this Short Form Complaint as permitted by Case Management Order No. 20 of this Court for cases filed directly into this district.

2. In addition to the below-indicated portions of the Master Long Form Complaint adopted by the plaintiff(s) and incorporated by reference herein, Plaintiff(s) hereby allege(s) as follows:

## VENUE

3. Venue for remand and trial is proper in the following federal judicial district: UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

## IDENTIFICATION OF PLAINTIFF(S) AND RELATED INTERESTED PARTIES

4. Name and residence of individual injured by Testosterone Replacement Therapy product(s) ("TRT"): Emerson Cruickshank, 7 Manchester Lane Stonybrook, New York 11790

5. Consortium Claim(s): The following individual(s) allege damages for loss of consortium: Shirley Cruickshank

6. Survival and/or Wrongful Death claims:

a. Name and residence of Decedent when he suffered TRT-related injuries and/or death:

Emerson Cruickshank, 7 Manchester Lane

Stonybrook, New York 11790

b. Name and residence of individual(s) entitled to bring the claims on behalf of the decedent's estate (e.g., personal representative, administrator, next of kin, successor in interest, etc.)

Shirley Cruickshank, 7 Manchester Lane

Stony Brook, New York 11790

## CASE SPECIFIC FACTS REGARDING TRT USE AND INJURIES

7. Plaintiff currently resides in (city, state): Stonybrook, New York

8. At the time of the TRT-caused injury, [Plaintiff/Decedent] resided in (city, state): Stonybrook, New York

9. [Plaintiff/Decedent] began using TRT as prescribed and indicated on or about the following date: January 1, 2015

10. [Plaintiff/Decedent] discontinued TRT use on or about the following date: February 15, 2015

11. [Plaintiff/Decedent] used the following TRT products, which Plaintiff contends caused his injury(ies):

- ☑ AndroGel
- ☑ Testim
- ☑ Axiron
- ☑ Depo-Testosterone
- ☑ Androderm
- ☑ Testopel
- ☑ Fortesta
- ☑ Striant
- ☑ Delatestryl
- ☐ Other(s) (please specify): ______________________________

12. [Plaintiff/Decedent] is suing the following Defendants:

- ☑ AbbVie Inc.
- ☑ Abbott Laboratories
- ☑ AbbVie Products LLC
- ☑ Unimed Pharmaceuticals, LLC
- ☑ Besins Healthcare Inc.
- ☑ Besins Healthcare, S.A.

- ☑ Eli Lilly and Company
- ☑ Lilly USA, LLC
- ☑ Acrux Commercial Pty Ltd.
- ☑ Acrux DDS Pty Ltd.

- ☑ Pfizer, Inc.
- ☑ Pharmacia & Upjohn Company Inc.

- ☑ Endo Pharmaceuticals, Inc.
- ☑ Auxilium Pharmaceuticals, Inc.
- ☑ GlaxoSmithKline, LLC

- ☑ Actavis, Inc.
- ☑ Actavis Pharma, Inc.
- ☑ Actavis Laboratories UT, Inc.
- ☑ Anda, Inc.

☐ Other(s) (please specify):______________________________

______________________________

13. [Plaintiff/Decedent] is bringing suit against the following Defendant(s), who did not manufacture TRT and only acted as a distributor for TRT manufacturers:

______________________________

a. TRT product(s) distributed:______________________________

b. Conduct supporting claims: ____________________

14. TRT caused serious injuries and damages including but not limited to the following:

Heart Attack and Death

15. Approximate date of TRT injury: February 15, 2015

## ALLEGATIONS, CLAIMS, AND THEORIES OF RECOVERY ADOPTED AND INCORPORATED IN THIS LAWSUIT

16. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference as if set forth fully herein, all common allegations contained in paragraphs 1 through 466 of the Master Long Form Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Illinois in the matter entitled *In Re: Testosterone Replacement Therapy Products Liability Litigation*, MDL No. 2545.

17. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference as if set forth fully herein, the following damages and causes of action of the Master Long Form Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Illinois in the matter entitled *In Re: Testosterone Replacement Therapy Products Liability Litigation*, MDL No. 2545:

- [x] Count I – Strict Liability – Design Defect
- [x] Count II – Strict Liability – Failure to Warn
- [x] Count III – Negligence

- [x] Count IV – Negligent Misrepresentation
- [x] Count V – Breach of Implied Warranty of Merchantability
- [x] Count VI – Breach of Express Warranty
- [x] Count VII – Fraud
- [x] Count VIII – Redhibition
- [x] Count IX – Consumer Protection
- [ ] Count X – Unjust Enrichment
- [x] Count XI – Wrongful Death
- [x] Count XII – Survival Action
- [x] Count XIII – Loss of Consortium
- [x] Count XIV – Punitive Damages
- [x] Prayer for Relief
- [ ] Other State Law Causes of Action as Follows:____________________________

______________________________________________________________________

______________________________________________________________________

## JURY DEMAND

Plaintiff(s) demand(s) a trial by jury as to all claims in this action.

Dated this the 9 day of January, 2017.

RESPECTFULLY SUBMITTED
ON BEHALF OF THE PLAINTIFF(S),

Christopher R. LoPalo
______________________________
Signature

OF COUNSEL:
(name) Christopher R. LoPalo
(firm) Napoli Shkolnik PLLC
(address) 400 Broadhollow Road, Suite 305, New York, NY 11747
(phone) (212) 397-1000
(email) clopalo@napolilaw.com